David Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

Attorneys for Plaintiff,
Gloria Flores

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GLORIA FLORES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendant. | Case No.:  2:21-cv-00974-JAD-BNW<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HERBY GIVEN** that the dispute between Gloria Flores ("Plaintiff") and Defendant Equifax Information Services, LLC has been resolved on an individual basis.  The parties anticipate filing a Stipulation for Dismissal of the Action as to Plaintiff's claims, with Prejudice, within 60 days. Plaintiff requests

-1-

that all pending dates and filing requirements as to be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal.

Dated:  September 12, 2021

/s/ David Krieger, Esq.
David Krieger, Esq.

Attorneys for Plaintiff
*Gloria Flores*

**Order**
**IT IS SO ORDERED**

**DATED:** 9:35 am, September 13, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**